UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY C. HARRY, and KAREN C. HARRY,<br><br>                Plaintiffs,<br><br>v.<br><br>AMERICAN BROKERS CONDUIT; APEX MORTGAGE SERVICES; FIDELITY NATIONAL TITLE GROUP INC.; AMERICAN HOME MORTGAGE SERVICING, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE-BACKED PASS-THROUGH-CERTIFICATES, SERIES 2007-2; HOMEWARD RESIDENTIAL; MORTGAGE ELECTRONIC RECORDING SYSTEM, INC.; OCWEN LOAN SERVICING; KORDE & ASSOCIATES,<br><br>                Defendants. | C.A. NO. |

## NOTICE OF REMOVAL

Defendant Fidelity National Title Insurance Company, incorrectly named in the Complaint as Fidelity National Title Group, Inc. ("Fidelity"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, hereby removes to the United States District Court for the District of Massachusetts the state action entitled, *Timothy C. Harry & Karen C. Harry v. American Brokers Conduit et al.*, Case. No. 1672 CV 00151, Barnstable County Superior Court (the "State Court Action"). As grounds for removal, Fidelity states as follows:

### JURISDICTION AND VENUE

1.    This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331 and 1367(a), and one which may be removed to this Court by Fidelity pursuant

to the provisions of 28 U.S.C. §1441(c) in that it involves a claim arising under the laws of the United States.

2.   Plaintiffs allege in their Complaint violations of 15 U.S.C. § 1601 et seq., 18 U.S.C. §§ 1961-62 (Civil RICO), 18 U.S.C. §§ 1341-44, 15 U.S.C. §§ 1692 and pendent state law claims that arise out of the same alleged transactions and occurrences.  Based upon the allegations made by Plaintiffs in their Complaint, Plaintiffs are seeking relief based on alleged violations of a number of federal statutes.

3.   The United States District Court for the District of Massachusetts, Boston Division, includes the County in which the state court action is now pending.  Thus, this court is the proper venue for this action pursuant to 28 U.S.C. § 1446(a).

## GROUNDS AND TIMELINESS OF REMOVAL

4.   This action is removable to this United States District Court under 28 U.S.C. § 1441(a) and (c).

5.   The State Court Action being removed to this Court originated by way of the Complaint, which Plaintiff filed on or about March 25, 2016.

6.   On May 2, 2016, Fidelity received a copy of a Summons and Complaint delivered by the Division of Insurance to Fidelity National Title Group, Inc., 601 Riverside Avenue, Jacksonville, FL 32204.  Copies of the Summons and Complaint are attached hereto as **Exhibit A** to this notice in accordance with 28 U.S.C. § 1446(a).

7.   The Complaint alleges violations of various federal statutes, including Civil RICO, the Truth in Lending Act ("TILA") and the Real Estate Settlement Procedures Act ("RESPA") and seeks total damages, including punitive damages, of $35,750,000.

8. Pursuant to 28 U.S.C. § 1441(c), removal is available if a civil action includes a claim arising under the laws of the United States and a pendent claim not within the original or supplemental jurisdiction of the federal court. 28 U.S.C. § 1441(c).

9. Removal of this case by Defendant Fidelity is timely under 28 U.S.C. § 1441(c).

10. Upon information and belief, no other co-defendants have been served in this action, and on further information and belief, any co-defendant would not object to removal of this action.

11. Promptly after filing this Notice of Removal, Fidelity will serve a copy of it upon counsel for Plaintiffs and file a copy with the Clerk of the Barnstable County Superior Court. Pursuant to Federal Rule of Civil Procedure 5(d), attached hereto as **Exhibit B** is a copy of the notice that will be served upon Plaintiffs and filed with the Barnstable County Superior Court.

12. In accordance with Local Rule 81.1, Fidelity will file with this Court attested copies of all records, proceedings and docket entries in the State Court Action within twenty-eight (28) days.

WHEREFORE, this action should be removed to the United States District Court for the District of Massachusetts.

Dated: May 26, 2016

    Defendant,
    FIDELITY NATIONAL TITLE
    INSURANCE COMPANY
    By its Attorneys,

    */s/ Douglas L. Whitaker*
    Douglas L. Whitaker, Esq. (BBO# 624949)
    Mary Cataudella, Esq. (BBO# 553350)
    Richard Welch, Esq. (BBO# 550266)
    John F. Willis, Esq. (BBO# 649284)
    FIDELITY NATIONAL LAW GROUP
    265 Franklin Street, Suite 1605
    Boston, MA 02110
    T: (617) 316-0143
    Douglas. Whitaker@fnf.com

## **CERTIFICATE OF SERVICE**

I, Douglas L. Whitaker, do hereby certify that a true copy of the above document was filed through the Court's ECF system on May 26, 2016 and will be sent by first-class mail, postage pre-paid to the following counsel of record in the State Court Action:

    Tina Sherwood, Esq.
    17 Main Street
    Hopkinton, MA 01748

    */s/ Douglas L. Whitaker*
    Douglas L. Whitaker